Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.:  14–20730–ABA
          Chapter:  13
          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| David James Rogers | Beth Ann Rogers |
| 2 Smith Drive | aka Beth Ann Abercrombie |
| Bridgeton, NJ 08302 | 2 Smith Drive |
| | Bridgeton, NJ 08302 |

Social Security No.:
  xxx–xx–6054                                         xxx–xx–0723

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 23, 2019</u>                 <u>Andrew B. Altenburg Jr.</u>
                                              Judge, United States Bankruptcy Court